# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| **Arthur L. Trager,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | 9:09-cv-2364-MBS |
| ) | |
| **Portfolio Recovery Associates, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Arthur L. Trager, by and through the undersigned counsel of record, and hereby files this Notice of Dismissal with Prejudice and as grounds therefore state as follows:

1. On October 13, 2009, Defendant Portfolio Recovery Associates, LLC, was served through their general counsel for service of process via certified mail, restricted delivery.

2. The Defendant has not filed an Answer or a Motion for Summary Judgment.

3. The parties have resolved their claims.

4. Pursuant to FRCP 41(a)(1)(i), the Plaintiff files this Notice of Dismissal with the intention of dismissing this matter against the Defendant with prejudice.

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
HAYS CAULEY, P.C.

549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney or Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participants:

Christopher D. Lagow, Esq.
Senior Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

/s/ Penny Hays Cauley
Penny Hays Cauley